AO 91 (Rev. 11/11) Criminal Complaint

| AUSA: | Nhan Ho | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Michael Jacobs | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.

Kevin Douglas MUNDY, Jr.

Case No.

Case: 2:23−mj−30282
Assigned To : Unassigned
Assign. Date : 7/6/2023
Description: COMP USA V. MUNDY (KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 4, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Michael Jacobs - ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __July 6, 2023__

_____
Judge's signature

City and state: __Detroit, Michigan__     Honorable Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Special Agent Michael Jacobs, being first duly sworn, hereby depose and state as follows:

1. I have been employed as a Special Agent with the Bureau of Alcohol Tobacco, Firearms and Explosives (ATF) since March of 2016.  I have had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training.  I have a bachelor's degree in criminal justice.

2. Before my employment with ATF, I was a Police Officer with the Wayne State University Police Department for approximately eight (8) years.  During my time with the Wayne State University Police Department, I was assigned to the Federal Bureau of Investigation (FBI) Detroit Violent Crimes/Violent Gangs Task Force (VCTF/VGTF) for approximately two (2) years and the Detroit FBI Narcotics Conspiracy Task Force (Detroit Conspiracy One) as a Task Force Officer (TFO) for approximately two (2) years.

3. As an FBI TFO and Special Agent with the ATF, I have participated in numerous state and federal investigations, including investigations concerning narcotics trafficking, illegal firearms possession, Hobbs Act robberies, RICO and other conspiracies, non-fatal shootings, homicides, and

kidnapping. Because of my involvement in these and other investigations, I have sworn to numerous federal search and arrest warrants and federal criminal complaints. Through my training, education, and experience, I have also become familiar with how criminals communicate and operate their clandestine activities.

4. This affidavit is based on my personal knowledge based on my participation in this investigation. My information comes from my review of police reports and information obtained from other law enforcement, and information gained through my training and experience. This affidavit merely establishes sufficient probable cause for the requested warrant and does not set forth all the facts known to law enforcement regarding this investigation.

## Probable Cause

5. The United States, including the ATF, is currently investigating Kevin Douglas MUNDY JR aka Kevin Douglas MUNDY aka Kevin Douglas MUNDAY (B/M, DOB: XX/XX/XX83) (hereinafter referred to as "MUNDY JR"), a convicted felon, for knowing possession of one (1) firearm (with a Glock conversion device/ Glock switch attached that converts the firearm into a machine gun), said firearm having previously travelled in interstate commerce in violation of 18 U.S.C. § 922(g)(1).

6. I reviewed a criminal history check for MUNDY JR. This check revealed MUNDY JR was convicted of the following felony offenses:

    a. 2005: Felony- Attempt- Weapons Carrying Concealed.

    b. 2007: Felony- Controlled Substance Possession of Methamphetamine/Ecstasy.

    c. 2011: Felony- Weapons- Firearms Possession by Felon and Felony- Weapons Felony Firearm. For these convictions, MUNDY JR was sentenced to 2 years of imprisonment.

7. Because MUNDY JR has been convicted of multiple felony offenses, at least one for which he was sentenced to more than a year in prison, there is probable cause to believe that MUNDY JR is aware of his status as a convicted felon.

8. On July 4, 2023, Detroit Police officers, operating in fully marked police uniforms and a fully marked Detroit Police vehicle, patrolled Vaughn Street near West McNichols Rd in Detroit, Michigan. The officers observed a black extended pistol magazine protruding from the right pocket of a male, later identified as MUNDY JR. Having noticed the vehicle approaching, MUNDY JR made movements to hide away the right side of his body. The officers attempted to stop and investigate MUNDY JR for possible possession of a concealed pistol

3

without a valid concealed pistol license, at which time MUNDY JR fled from the officers on foot. MUNDY JR tripped and fell while running and the officers were able to detain him. The officers recovered from MUNDY JR'S person one (1) Glock, model 27, .40 Caliber, pistol, bearing serial number BAEK432, affixed to which was a gold-colored object that is believed to be a Glock conversion device (converting the firearm into a machine gun).

9. I am an ATF interstate nexus agent. I have specialized knowledge experience and training as it relates to firearms and firearms identification. I reviewed the body worn camera videos of the officers who recovered the firearm from MUNDY JR'S person as well as a still photograph of the firearm. Based on that review and the information provided, and without physically inspecting the firearm, it is my opinion the Glock, model 27, .40 caliber pistol, bearing serial number BAEK432 with a Glock conversion device attached, is a firearm as defined under 18 U.S.C. § 921(a)(3) and was manufactured outside the State of Michigan, and therefore previously traveled in interstate or foreign commerce.

## Conclusion

10. Based on the above information, there is probable cause to believe that MUNDY JR, a prior convicted felon, knowingly possessed one (1) firearm –

4

specifically, a Glock pistol, model 27, .40 Caliber, bearing serial number BAEK432 with a Glock conversion device attached – which has previously travelled in interstate commerce, in violation of Title 18 United States Code, section 922(g)(1). This violation occurred on or about July 4, 2023, in Detroit, Michigan, which is in the Eastern District of Michigan.

Respectfully submitted,

_____
Michael Jacobs, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

Dated:   July 6, 2023

5